UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

----------------------------------------------------x
:
IN RE: : CASE NO. 09-54829
:
HOOKER, JEFFREY & GLORIA : CHAPTER 7
:
Debtor (s) : BANKRUPTCY JUDGE:
: MARILYN SHEA-STONUM
:
----------------------------------------------------x

**FILED 2011 APR 14 PM 1:04 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON**

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #10 | Int'L Collection Service Inc.<br>255 South Tamiami Trail<br>Po Box 1308<br>Nokomis, FL 34274 | $2,178.55 | $10.12 |

2. My Trustee's check for $10.12 payable to the Clerk of the Unite States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case,

Date: April 13, 2011

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck # 119
receipt # 82288